IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| (1) MOSAID TECHNOLOGIES INC., | ) |
| Plaintiff, | ) Case No. 6:11-cv-00230 LED-JDL |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| (1) ELPIDA MEMORY, INC., | ) |
| (2) BUFFALO INC., | ) |
| (3) BUFFALO TECHNOLOGY (USA), INC., AND | ) |
| (4) CHANG-SHENG, INC. d/b/a AXIONTECH.COM and AXION TECHNOLOGIES, | ) |
| Defendants. | ) |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement between the Plaintiff, MOSAID Technologies Inc. ("MOSAID"), and Defendant Elpida Memory, Inc. ("Elpida"), the parties have agreed to dismiss all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by MOSAID against Elpida and its co-defendants Buffalo Inc., Buffalo Technology (USA), Inc., and Chang-Sheng, Inc. d/b/a Axiontech.com and Axion Technologies, and all claims by each of the defendants against MOSAID made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.  A proposed Order accompanies this motion.

Dated:  September 6, 2013

Respectfully submitted,

By: /s/ *Elizabeth L. DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Robert S. Bennett
District of Columbia Bar No. 112987
John Robert Robertson
Texas Bar No. 17064320
HOGAN LOVELLS U.S. LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Telephone: (202) 637-6464
Facsimile: (202) 637-5910
E-Mail: robert.bennett@hoganlovells.com
E-Mail: robby.robertson@hoganlovells.com

K. T. Cherian
California State Bar No. 133967
Scott Wales
California State Bar No. 179804
HOGAN LOVELLS U.S. LLP
3 Embarcadero Center

15th Floor
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
E-Mail: korula.cherian@hoganlovells.com
E-Mail: scott.wales@hoganlovells.com
*Attorneys for MOSAID Technologies Inc.*

By: /s/ *Deron R. Dacus by permission ELD*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
Email: ddacus@dacusfirm.com

George E Badenoch
Matthew G. Berkowitz
Richard M. Rosati
Rose Cordero Prey
Thomas R. Makin
Kenyon & Kenyon - New York
One Broadway
New York, NY 10004
212-425-7200
Fax: 212-425-5288
Email: gbadenoch@kenyon.com
Email: mberkowitz@kenyon.com
Email: RRosati@kenyon.com
Email: rprey@kenyon.com
Email: tmakin@kenyon.com

*Attorneys for Elpida Memory, Inc., Buffalo Inc., Buffalo Technology (USA), Inc., and Chang-Sheng, Inc. d/b/a Axiontech.com and Axion Technologies*

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this September 6, 2013 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                 /s/ *Elizabeth L. DeRieux*
                                                 Elizabeth L. DeRieux